IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARLIN ROTH,<br><br>        Defendant. | 8:12CB00004-TDT<br>Violation Number A2327883 NE-2<br><br>**ORDER** |

On the motion of the United States Attorney's Office, the above-referenced matter is hereby dismissed without prejudice.

ORDERED this 25th day of March, 2013.

**BY THE COURT:**

**THOMAS D. THALKEN**
**UNITED STATES MAGISTRATE JUDGE**